

# Fourth Court of Appeals

## San Antonio, Texas

February 17, 2017

No. 04-16-00512-CV

**IPSECURE INC.**,
Appellant

v.

James **CARRALES**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02257
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of abatement to finalize settlement is hereby GRANTED.

It is so **ORDERED** on February 17, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court